IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA     :     CASE NO. 3:07MJ207

     v.                       :

JASON ROSE                 :     <u>ORDER FOR DISMISSAL</u>

- - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, having considered the United States' amended Motion to Dismiss, filed August 31, 2007, the Court finds that sufficient reasons have been provided to find the Amended Motion to Dismiss has been made in good faith, and thus GRANTS the Amended Motion to Dismiss. Accordingly, the Complaint filed with the Court in the above captioned case as to Jason E. Rose is hereby dismissed without prejudice.

DATE: 9-5-07

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE